# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

CHUBB NATIONAL INS., CO.
        Plaintiff(s)

v.                        CIVIL ACTION NO. 16cv11739-RWZ

WATTS REGULATORY COMPANY
        Defendant(s)

### JUDGMENT IN A CIVIL CASE

__, D.J.

[ ]    **Jury Verdict.**   This action came before the court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by the Court.**   This action came to trial or hearing before the Court.   The issues have been tried or heard and a decision has been rendered.

    **IT IS   ORDERED AND ADJUDGED**

    In accordance with the Order entered on 8/1/17; judgment is entered for the defendant.

                                                             Robert Farrell, CLERK
                                                             <u>s/ Lisa A. Urso</u>

Dated; 7/8/19                                                 Deputy Clerk